OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

11/18/2015
COOPER, JOEL                    Tr. Ct. No. 1365709-A          WR-83,991-01

This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JOEL COOPER
WILLACY UNIT - TDC # 1875539

PRESORTED
FIRST CLASS